**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES H. LEGGETT,
ADC #115944                                                                                                    PLAINTIFF

v.                                          5:13CV00180-JLH-JTK

CORIZON, INC., et al.                                                                                    DEFENDANTS

**ORDER**

Plaintiff has now submitted an Amended Complaint (Doc. No. 6) in accordance with this Court's July 8, 2013 Order (Doc. No. 5). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendants Hubbard and York.

Plaintiff also names as Defendants John Does 1 and 2, Regional Medical Director and Chief Medical Officer (Doc. No. 6). Since the identity of these Defendants is not known, the Clerk cannot issue summons, and the Marshal is unable to serve an unknown person. After the complaint is filed, Plaintiff will be permitted to engage in limited discovery consistent with the Federal Rules of Civil Procedure, if necessary, to try to determine the identity of the John Does. Once Plaintiff is able to identify these Defendants by name and address, the Court should be notified so that service can be ordered. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Connie Hubbard and Deborah York. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

6) and summons on Defendants in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 13th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE