IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES H. LEGGETT,                                                                    PLAINTIFF
ADC #115944

v.                            No. 5:13CV00180 JLH-JTK

CORIZON, INC., et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for partial summary judgment is GRANTED. Document #45.

2. Plaintiff's complaint against defendants York, McKinney, Fallhowe, Floss, and Keldie is dismissed without prejudice for failure to exhaust administrative remedies.

3. All other allegations against defendant Hubbard, excluding the air cast and pain medication allegations, are dismissed without prejudice for failure to exhaust.

IT IS SO ORDERED this 17th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE