**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES H. LEGGETT,                                                                                      PLAINTIFF
ADC #115944

v.                                          No. 5:13CV00180-JLH-JTK

CONNIE HUBBARD, Nurse,
CORIZON, INC.                                                                                              DEFENDANT

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant's motion for summary judgment is GRANTED. Document #71.

2. Plaintiff's constitutional and ADA claims against defendant are DISMISSED with prejudice.

3. Plaintiff's state law claim against defendant is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 22nd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE