IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES H. LEGGETT,                                                                              PLAINTIFF
ADC #115944

v.                                              No. 5:13CV00180-JLH-JTK

CONNIE HUBBARD, Nurse,
CORIZON, INC.                                                                                     DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED.  The relief sought is denied.

IT IS SO ORDERED this 22nd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE